# EXHIBIT 7

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
11/12/2015 8:00:00 AM
CHRISTOPHER A. PRINE
Clerk

| | |
|---|---|
| **From:** | Ramona Gonzalez <csramona@sbcglobal.net> |
| **Sent:** | Monday, November 09, 2015 8:34 PM |
| **To:** | Debra Holloway |
| **Subject:** | RE: Syrian-America v. Pecten, Cause No. 2007-67830 |

Ms. Holloway,

I did prepare the record dated 5-29-14 and filed it with the Court of Appeals, but there is no payment due. The transcript was previously ordered and paid for by Stevenson & Murray in 2014. I understand your firm is working with the Stevenson & Murray law firm on the appeal, so no further payment is required.

Thank you.
Ramona Gonzalez
713-502-2237

**From:** Debra Holloway [mailto:dholloway@shipleysnell.com]
**Sent:** Monday, November 09, 2015 11:14 AM
**To:** 'csramona@sbcglobal.net'
**Subject:** Syrian-America v. Pecten, Cause No. 2007-67830
**Importance:** High

Ms. Gonzalez,

We represent SAMOCO in the above matter. It is my understanding that you are one of the court reporters who worked on this matter and have prepared and filed one or more volumes of the reporters' record with the Court of Appeals. Please send us your invoice as soon as possible.

Thank you, and please contact us if you have any questions.

Debi C. Holloway, ACP
Paralegal
**Shipley Snell
Montgomery**
LLP
712 Main, Suite 1400
Houston, Texas 77002-3201
713.490.3829 (direct)
713.652.5920 (main)
dholloway@shipleysnell.com

1